# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 15 2015

Abel Acosta, Clerk

Re:   James Garfield Broadnax
      v. Texas
      No. 14-9964
      (Your No. WR-81,573-01)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk